No. 468, Misc. PEREZ v. OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 469, Misc. VAN ZANDT v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *William H. Lassiter, Jr.,* Assistant Attorney General, for respondent.

No. 471, Misc. FAIR v. NUCCIO, MAYOR OF TAMPA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 473, Misc. GLAZEWSKI v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 476, Misc. KING v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 477, Misc. FRISCHMAN v. DENBERG. Ct. App. N. Y. Certiorari denied. *I. Jules Rosen* for petitioner.

No. 478, Misc. GENTRY v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 479, Misc. ARDNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 480, Misc. MABE v. PILSON. Sup. Ct. App. Va. Certiorari denied.

No. 487, Misc. RODRIGUEZ v. HANCHEY, WARDEN. C. A. 5th Cir. Certiorari denied.